# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HARLAN JONES, <br> BOBBIE NUBINE, <br>       Plaintiffs, <br><br> v. <br><br> INTEGRIS HEALTH, INC., <br><br>       Defendant. | ) <br> ) <br> ) <br> ) <br> )    CIV-2017-173-F <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiffs, Harlan Jones and Bobbie Nubine, hereby dismiss their claims in the above styled and numbered action with prejudice.

**IT IS STIPULATED AND AGREED** by and among all parties who have appeared in the above-captioned cause of action of Plaintiffs, Harlan Jones and Bobbie Nubine against Integris Health, Inc., is hereby dismissed with prejudice against filing of a future action thereon as to the Defendant. The parties further stipulate and agree that the parties shall bear their own attorneys' fees and costs.

**RESPECTFULLY SUBMITTED THIS 16th DAY OF OCTOBER, 2017.**

                                                      */s/Christa R. Uhland*
                                                      Christa R. Uhland, OBA #30934
                                                      Mazaheri Law Firm, PLLC
                                                      3445 W. Memorial Rd. Ste. H
                                                      Oklahoma City, OK 73134
                                                      Telephone:  405-414-2222
                                                      Facsimile:    405-607-4358
                                                      christa@mazaherilaw.com
                                                      *Attorney for Plaintiff*

*/s/ Lauren Barghols Hanna*
Lauren Barghols Hanna, OBA # 21594
*(signed by filing attorney
with permission of counsel)*
Nathan Whatley, OBA #14601
MCAFEE & TAFT
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma  73102
Telephone:  405-235-9621
Facsimile:  405-228-7365
Nathan.whatley@mcafeetaft.com
*Attorneys for Defendant*